__X__ Priority
__X__ Send
_____ Clsd
__X__ Enter
__X__ JS-5/JS-6
_____ JS-2/JS-3

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

RICHARD D. BAILLIE,

        Plaintiff,

vs.

NESTLE USA, INC.

        Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.   CV 99-03470 CAS (AJWx)

JUDGMENT

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD, IN THIS ACTION, ON THIS DATE

DATED: DEC 27 1999

DEPUTY CLERK

    Pursuant to the Court's order dated December 14, 1999, granting defendant's motion for summary judgment, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant shall have judgment against plaintiff with respect to each of plaintiff's claims for relief.

IT IS SO ORDERED.

DATED: December 14, 1999

/s/ Christina A. Snyder
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE